UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
-----------------------------------------------------------------------X

JOAQUIN A. GUZMAN LOREA,

                                    Plaintiff,

            vs.                                                                                             AFFIDAVIT

B. TRUE, individually, and in his capacity as Complex Warden of the United States Penitentiary Florence ADMAX; HOLBROOKS, individually, and in his capacity as Prisoner Counselor at United States Penitentiary Florence ADMAX; MERRICK GARLAND, in his official capacity as Attorney General of the United States; MICHAEL CARVAJAL, in his official capacity as Director of Bureau of Prisons; DOES 1-5, individually, and in his, hers, or their Official Capacities as Medical Staff at United States Penitentiary Florence ADMAX; and DOES 6-10, individually, and in his, hers, or their Official Capacities as Educational Staff at United States Penitentiary Florence ADMAX.

                                    Defendant.

-----------------------------------------------------------------------X

I, **JOAQUIN A. GUZMAN LOREA**, being duly sworn deposes and says:

      1.      That I am the Plaintiff in the above-captioned matter. I make this affidavit in support of my attorney's complaint, which seeks an injunction and equitable relief in this Court.

      2.      I am a 64-year old Mexican national and citizen, and I was extradited from Mexico to the United States on January, 2017, where I was later tried and convicted of several offenses in federal court. I was ultimately sentenced to life in prison on July 17, 2019, and a few days later, I was sent to USP Florence ADMAX ("ADMAX"), where I am now incarcerated.

      3.      Since my arrival in the United States in January of 2017, and up to this day I have been under the Special Administrative Measures Rules ("SAMs").

1

4. I have also been in isolation since my arrival in the United States almost five years ago, and have had no human contact.

5. As a pretrial detainee, I was placed in solitary confinement in Unit 10 South of the Special Housing Unit ("SHU") at the Metropolitan Correctional Center in New York ("MCC New York"), in administrative segregation.

6. At ADMAX, I was placed in the Special Security Unit, also known as Unit H, where I am confined indefinitely, to a cell of approximately seven by 12 ft., in complete isolation, 24 hours per day. I remain housed in Unit H.

7. The cell only has one small narrow window that is approximately 42 inches tall by four inches wide. I receive all my meals through a small hole in the door of my cell, and I have no human contact, other than when the guards put on and remove my shackles.

8. I am precluded from having any verbal contact or communication with other inmates.

9. When I first arrived at ADMAX in July of 2019, and through November of 2019, I was getting nine to 10 hours a week of outdoor exercise, in an individual dog-like kennel cement cage of approximately 10 ft. wide x 10 ft. long, attached to my cell. However, since in or around December of 2019 to the present, I have only been allowed up to three hours a week of outdoor exercise. In fact, some weeks I am not permitted even a single hour of exercise. I have made repeated requests to BOP staff at ADMAX to address this situation, but nothing has been done.

10. I do not have access to any indoor patio, or any other similar area, where I would otherwise be able to exercise. My time outside is the only opportunity for me to exercise.

11. For around three years, while housed at the MCC New York, I was deprived of any access to fresh outside air or natural sunlight.

12. I have followed all prison rules and regulations and have behaved well in the 25 months that I have been confined at ADMAX. I have never even had a write up.

13. I can only communicate over the phone with pre-cleared family members, which is limited to my mother, only one of my sisters, and my two 10-year-old daughters, and my mother, and I am only allowed two 15- minute social calls a month. Since my arrival to the United States I have not been allowed to speak to my wife.

14. At ADMAX, I am forced to have legal visits in a small visiting room that has no ventilation. There are two cameras on each side of the room monitoring the entire legal visit. During these visits that last four to five hours each, the guards keep me in handcuffs and leg shackles the entire time, making it very uncomfortable and almost impossible to review documents with my legal team, write or even scratch myself if I need to.

15. I wish to learn English, but I have been denied that opportunity, as the ADMAX staff has made it impossible for me to participate in the English as a Second Language Course ("ESL"). Because I do not speak English, I am not able to take any basic education courses offered at ADMAX.

16. In my cell, there are channels for educational programming on a closed-circuit television. However, the channels only broadcast in English, so I cannot understand anything that is being said. Spanish subtitles are not available on any of the channels.

17. I made repeated requests to ADMAX staff to have this situation addressed, but nothing has been done.

18. Sometime in 2019, my attorney, Mariel Colon Miro, Esq., notified ADMAX staff of my desire to learn English and to be enrolled in the English as a Second Language ("ESL") program. I periodically receive papers in English from the Education Department at ADMAX, but I cannot understand them because they are in English. Staff has told me that these papers are homework for the ESL program, but this is as far as the explanation goes. These papers are

3

entirely in English, and provide no explanation or Spanish instructions at all for me to be able to learn or complete the assignments. It is impossible for me to learn English by way of these papers. No one comes to translate these documents for me, and I am not given a translated copy. My requests for a tutor have also been ignored.

19. On February 19, 2020, I filled out a grievance form with my attorney's help. In this form, I stated that the resolution I expected was "for a teacher either in person or through TV." But the staff at ADMAX has completely ignored my expected resolution.

20. I have no access to the library or the law library. I am not allowed to work either. With no educational programming or employment opportunities available to me, no access to the libraries, and limited to no exercise time, I am left without anything to do as the days go by.

21. I have suffered a lot while in solitary confinement. My blood pressure has spiked, leading to headaches and anxiety. Sometimes I forget things.

22. I have very limited communication options at ADMAX, including no access to email, and severely restricted access to phone calls with my family (only two 15- minute phone calls a month). Therefore, I rely on mail correspondence to communicate with my family.

23. However, I often wait a long time to receive these letters, and in turn, for my letters to get to my family. For example, I mailed my first letters to my sister and twin daughters in October of 2019, and they did not receive those letters until August of 2020. I also mailed other letters to my daughters and sister since then, and there were similar delays.

24. Also, staff never clean the cells in Unit H. Instead, they provide cleaning supplies so inmates can clean their own cells.

25. To the best of my ability, I have requested cleaning supplies once a week, but these requests have been ignored by staff. I've had to wait between 20 to 30 days to receive the supplies needed to clean my cell.

26. Although I don't share a cell and I am inside my cell 24 hours a day, prison officials do go inside of my cell multiple times a week to do routine searches, where they move and touch all of me belongings. I feel that I should be able to clean and disinfect more regularly, because of this constant contact with my belongings.

27. Although I am vaccinated for COVID-19, it is not 100 percent effective. The best way to protect myself against the virus is by cleaning and properly disinfecting my cell.

28. Staff has also refused to give me a broom or a mop to clean the floors, so I'm forced to live with and constantly breathe in excess dust.

29. Also, I am served very small meal portions, and I am often left hungry.

30. There are no nail clippers available for purchase at commissary, forcing inmates to share the same nail clipper. After developing fungus in my right toenail, I asked ADMAX staff to disinfect the nail clipper between uses, but the requests must have been ignored, because I then developed fungus in my thumb.

31. My medical care is also poor at ADMAX. After developing fungus in my right toenail, I asked ADMAX staff through my attorney, and verbally through the best of my abilities, to give me medication to treat it, but the requests were also ignored.

32. Similarly, around late July of this year I got sick. I was coughing uncontrollably and was very congested. I notified it to my legal team and asked my attorney to ask my counselor, Holbrooks, for a doctor to see me and for medical treatment, in which she told me she did, but I never received any medical treatment to treat it.

33. I have complained, on multiple occasions, about being woken up every single night after midnight by a sudden extreme hot air flow that blows for roughly 15 minutes four to five times a night. Every night this causes my heart to start beating fast, spiking my blood pressure. I have raised this issue with staff, but nothing has been done about it.

5

34. This has caused me to suffer from severe sleep deprivation as a result of being woken up repeatedly throughout the night, every night. At ADMAX I have been treated for high blood pressure on multiple occasions.

35. ADMAX offers limited individual therapy. I have had to wait up to five weeks to speak to someone from the Mental Health Department at ADMAX. I also have no access to group therapy, and no one to help me cope with the effects and trauma of solitary confinement.

36. Staff has also ignored my requests for regular visits by psychiatrists and/or other mental health professionals. The psychology department offers a variety of programs through the closed-circuit TV, such as stress management. But because these programs are in English, with no Spanish translation or subtitles, I cannot participate in them.

37. I have tried repeatedly to use the Administrative Remedy Program, which is the grievance process that would allow me to be heard on these issues; however, staff has not allowed me to pursue this path.

38. Because ADMAX staff does not or will not speak Spanish to me, I often find myself struggling to make myself understood, and cannot alone make use of the Administrative Remedies Program.

39. My attorney has helped me write grievances. I later told my attorney over the phone that I received grievances responses back with something written on them in English, but that no one came to translate in Spanish what the forms said. No translated form was provided to me either. I received some of these grievance forms back on March 14th of 2020, and some at some later time. My attorney later told me that the answers were rejection notices.

40. However, because they were in English without any Spanish translation, I could not understand what the grievance documents said. It was impossible for my attorney to help me over the phone, without knowing what the responses to the forms had said, as I could not read it to her.

41. All these Requests for Administrative Remedies filed by me were prepared with my attorney's assistance. However, without this assistance, I would have been unable to comply with the grievance process.

42. Due to my treatment here at ADMAX, I am currently experiencing headaches, memory loss, muscle cramps, stress, and depression.

43. ADMAX has someone from its mental health department do rounds each week to check on the inmates and to inquire as to how they are doing. However, this person only speaks English, and therefore, is unable to communicate with me. A Spanish-speaking individual from the mental health department at ADMAX stops by my cell once every four to five weeks, instead of once a week. Staff has ignored all of my requests to see a psychiatrist or another mental health professional.

44. The treatment I am receiving is cruel and unfair, and is causing me to suffer severe psychological and health problems. I pray that this Court intervenes.

Respectfully submitted,

*Joaquín Guzmán L.*
Joaquín A. Guzmán Loera

Sworn before me this 21st day of September, 2021 in Fremont County, Colorado, By Mr. Joaquin Guzman Loera.

_____
NOTARY PUBLIC

ZACHARY HUFFMAN
Notary Public
State of Colorado
Notary ID # 20204012223
My Commission Expires 03-31-2024