*Law Offices of*
*Mariel Colon Miro, PLLC*
300 Cadman Plaza W 12th Floor #381
Brooklyn, NY 11201
Ph: (917) 743-7071
Email: mcolon@marielcolonmiro.com

March 8, 2022

**VIA FIRST CLASS MAIL**
Hon. Michael E. Hegarty
United States Magistrate Judge
United States District Court
901 19th Street
Denver, CO 80294

Re: ***Guzman Loera v. B. True***, 1:21-cv-02794

Your Honor:

      I'm sending this letter in hopes of getting clarity on whether there is any need have an additional summons and complaint signed for the U.S. Attorney's Office for the District of Colorado. This Court's order enlarging the time to effect service directs that the U.S. Attorney's Office be served with a copy of the summons and complaint. But must my office serve a *copy* of the previously served summons, or am I required to serve an original signed by the clerk?

      Thank you for your consideration in this matter.

Sincerely,

/s/
Mariel Colon Miro, Esq.
