# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02794-WJM-MEH

JOAQUIN A. GUZMAN LOREA,

    Plaintiff,

v.

B. TRUE, individually, and in his official capacity as Complex Warden of the United States Penitentiary Florence ADMAX,
HOLBROOKS, individually, and in his official capacity as Prisoner Counselor at United States Penitentiary Florence ADMAX,
MERRICK GARLAND, in his official capacity as Attorney General of the United States,
MICHAEL CARVAJAL, in his official capacity as Director of Bureau of Prisons,
DOES 1-5, individually, and in his, hers, or their official capacities as Medical Staff at United States Penitentiary Florence ADMAX, and
DOES 6-10, individually, and in his, hers, or their official capacities as Educational Staff at United States Penitentiary Florence ADMAX,

    Defendants.

## **UNOPPOSED** MOTION FOR A 30-DAY EXTENSION OF TIME TO RESPOND TO COMPLAINT (ECF No. 1)

Defendants True, Holbrooks, Garland, and Carvajal ("Defendants")[1] respectfully request that the Court extend the deadline for them to respond to Mr. Guzman's complaint, ECF No. 1, to and including **June 15, 2022**. Undersigned counsel has conferred with counsel for Mr. Guzman, who represented that this request for an extension is unopposed. There is good cause for the Court to grant the extension.

Mr. Guzman has submitted a complaint of almost 40 pages, accompanied by a lengthy

---

[1] It is not necessary for the unidentified "Does" to be included in the caption of a case raising only official-capacity claims.

affidavit. ECF Nos. 1, 2. Mr. Guzman raises four claims: (1) an Eighth Amendment claim challenging his conditions of confinement at the ADX; (2) a First Amendment claim alleging delays in transmitting his social and legal mail, which is a challenge to Mr. Guzman's Special Administrative Measures, or "SAMs," *see* 28 U.S.C. § 501.3; (3) an Eighth Amendment claim asserting that Defendants have exhibited deliberate indifference to his medical needs, specifically, the treatment of nail fungus and mental-health issues; (4) a First Amendment claim styled as a violation of Mr. Guzman's "right to petition the government," asserting that Mr. Guzman's alleged inability to speak English purportedly makes the BOP's Administrative Remedy Program unavailable to him; and (5) a claim brought under the Administrative Procedure Act that seems to replicate Mr. Guzman's claims about nail fungus and access to outdoor exercise. Although Mr. Guzman's complaint repeatedly references *Bivens*, he seeks no damages but only injunctive relief. In other words, although the caption notes that several Defendants are named "individually," Mr. Guzman is not in fact suing any Defendant in his individual capacity.

Undersigned counsel was recently assigned to represent Defendants in this matter. Counsel is in the process of investigating Mr. Guzman's wide-ranging allegations, including identifying BOP staff members who may have information concerning claims running the gamut from mail delays to the ADX HVAC system to mental-health care. Counsel has begun, but not completed, this work. Counsel anticipates traveling to the ADX multiple times in the next several weeks to confer with BOP officials to enable her to make an informed decision concerning the proper defenses to be raised. The extension requested here will allow for the completion of this work and facilitate the filing of a thorough and accurate response to Mr. Guzman's many-faceted

complaint.

At this early stage of the case, this extension will not prejudice Mr. Guzman, whose counsel has advised that it is unopposed. Defendants have not previously sought an extension of time to file respond to Mr. Guzman's complaint. Pursuant to D.C.COLO.LCivR 6.1(c), undersigned counsel certifies that she will serve this motion on Mr. Guzman's counsel by means of the Court's Electronic Case Filing system and by email on a representative for her clients, as indicated in the attached Certificate of Service.

For these reasons, Defendants respectfully request that the Court extend the deadline for them to respond to Mr. Guzman's complaint, to and including **June 15, 2022**.

Respectfully submitted on May 10, 2022.

        COLE FINEGAN
        United States Attorney

        s/ *Susan Prose*
        Susan Prose
        Assistant United States Attorney
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Phone: (303) 454-0100
        Fax: (303) 454-0411
        susan.prose@usdoj.gov

        Counsel for Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on May 10, 2022, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will electronically send notice to:

Marial A. Colon Miro

I further certify that on May 10, 2022, I sent the foregoing document by email to the following BOP representative for Defendants:

A. Powell
Senior Attorney Advisor
Federal Bureau of Prisons

s/ *Susan Prose*
Susan Prose
United States Attorney's Office