# Exhibit 4
# May 5, 2022 ADX Commissary List

*Guzman v. True, et al.*,
No. 21-cv-02794-WJM-MEH (D. Colo.)

 
**UNITED STATES PENITENTIARY - ADMINISTRATIVE MAXIMUM, FLORENCE, CO    ** COMMISSARY LIST ***
**ALL UNITS MAXIMUM SPENDING LIMIT - $300.00 PER MONTH**

### POSTAGE STAMPS (POSSESSION LIMIT $33.00)

| | |
|---|---|
| $0.01 _____ | (SINGLE) |
| $0.20 _____ | (SINGLE) |
| $0.55 _____ | (SINGLE) |
| $11.00 _____ | (BOOK OF 20 $0.55 STAMPS) |
| $1.00 _____ | (SINGLE) |

### TOILET PAPER –    LIMIT   3

$0.70_____EARTH FIRST SINGLE ROLL TOILET PAPER

### TOILETRY ITEMS (LIMIT 2 on all items, except ones noted below)

| | |
|---|---|
| $0.80 _____ | ANTIBACTERIAL BAR SOAP |
| $1.70 _____ | 2/PK IRISH SPRING BAR SOAP |
| $1.85 _____ | AMBI COMPLEXION BAR SOAP |
| $1.95 _____ | DOVE BAR SOAP |
| $2.75 _____ | SUAVE BODYWASH |
| $0.60 _____ | SOAP DISH |
| $1.80 _____ | BODY GUARD DEODORANT |
| $1.70 _____ | DIAL ROLL-ON DEODORANT |
| $2.05 _____ | BABY POWDER (RC) |
| $4.25 _____ | SULFUR 8 SHAMPOO |
| $3.75 _____ | SULFER 8 CONDITIONER |
| $4.80 _____ | DANDRUFF SHAMPOO |
| $2.85 _____ | SUAVE SHAMPOO |
| $2.85 _____ | COLGATE CAVITY TOOTHPASTE. |
| $2.90 _____ | CREST TOOTHPASTE |
| $0.40 _____ | DENTURE BRUSH |
| $7.45 _____ | COLGATE SENSITIVE TOOTHPASTE |
| $2.10 _____ | MOUTHWASH |
| $1.40 _____ | TOOTH BRUSH |
| $0.40 _____ | STIM-U-DENT TOOTH PICKS |
| $2.70 _____ | DENTAL FLOSS LOOPS 30PK |
| $4.15 _____ | FIXODENT CREAM |
| $3.50 _____ | DENTURE CLEANING PASTE |
| $2.05 _____ | DENTAL BATH (denture tray) |
| $0.45 _____ | FRESHSCENT BODY LOTION |
| $3.55 _____ | SUAVE COCOA BUTTER LOTION |
| $4.20 _____ | LUBRIDERM LOTION |
| $4.90 _____ | PALMERS LOTION |
| $1.50 _____ | STYLING GEL |
| $2.05 _____ | CHAPSTICK |
| $2.30 _____ | BLISTEX |
| $1.60 _____ | COTTON SWABS |
| $4.05 _____ | SUNSCREEN |
| $2.90 _____ | SHOWER SHOES (Put Size)_____ |
| $19.50 _____ | DR. SCHOLL'S GEL INSOLES (limit 1) |
| $2.25 _____ | COCOA BUTTER STICK |
| $0.15 _____ | SHOWER CAP |
| $2.25 _____ | ROYAL CROWN |
| $6.75 _____ | AFRICAN PRIDE MAGICAL GRO (limit 1) |
| $4.15 _____ | SHAVE CREAM |
| $1.25 _____ | SHAVE GEL |
| $3.75 _____ | SUNSCREEN |
| $1.50 _____ | AJAX DISH SOAP (limit 1) |

### CANDY    LIMIT    10

| | |
|---|---|
| $1.15 _____ | SNICKERS (RC) |
| $1.15 _____ | PEANUT M&MS (RC) |
| $1.15 _____ | PAY DAY (RC) |
| $1.15 _____ | REESE'S CUPS (RC) |
| $2.85 _____ | HERSHEYS BAR 7OZ (RC) |
| $1.55 _____ | STARLIGHT MINTS sugar free |
| $1.55 _____ | GRACEY'S HARD CANDY sugar free |
| $1.55 _____ | BRIDGE MIX |

### CHIPS    LIMIT    6

| | |
|---|---|
| $1.65 _____ | DORITOS |
| $3.75 _____ | LAY'S POTATO CHIPS |
| $1.45 _____ | PEPES PORK RINDS |
| $1.65 _____ | PRETZELS |
| $2.00 _____ | CHEETOS |
| $2.25 _____ | TORTILLA CHIPS |
| $1.90 _____ | RUFFLES |

### PASTRIES & COOKIES    LIMIT    10

| | |
|---|---|
| $0.55 _____ | NATURE VALLEY GRANOLA BARS |
| $0.80 _____ | MINI DONUT GEMS 6CT |
| $0.65 _____ | POP UP TOASTERS INDIVIDUAL PACKS |
| $1.55 _____ | CHIPS AHOY COOKIES |
| $0.75 _____ | DUPLEX COOKIES 5oz |
| $1.00 _____ | HONEY BUNS |

### DRINKS    LIMIT    8

| | |
|---|---|
| $3.60 _____ | Liquid Creamer |
| $1.95 _____ | TEA BAGS (RC) |
| $3.65 _____ | DECAFFEINATED COFFEE (RC) |
| $10.25 _____ | TASTER'S CHOICE COFFEE (RC) |
| $7.45 _____ | FOLGER'S COFFEE |
| $3.50 _____ | KEEFE COFFEE |
| $1.40 _____ | TAMPICO sugar free (Limit 2) |
| $1.50 _____ | GREEN TROPICAL sugar free (Limit 2) |

### Submit SPO form to Unit Team (prices vary per item) (limit 7)

| | |
|---|---|
| Cheese Tortellini (RC) | |
| Vegetarian Stew (RC) | |
| Florentine Lasagna (RC) | |
| Pasta w/Garden Vegetables (RC) | |

### SOUPS    LIMIT    14

| | |
|---|---|
| $0.40 _____ | RAMEN CHICKEN SOUP |
| $0.35 _____ | RAMEN VEGETARIAN W/SOY SAUCE ORIENTAL |
| $0.40 _____ | RAMEN LOW SODIUM CHILI SOUP |
| $0.30 _____ | DRAGON EXPRESS SPICY CHICKEN SOUP (halal) |
| $0.30 _____ | DRAGON EXPRESS SPICY VEGETABLE SOUP (halal) |

### RICE    LIMIT    6

| | |
|---|---|
| $0.80 _____ | SPANISH RICE (RC) |
| $1.10 _____ | WHITE RICE (halal) |
| $2.10 _____ | CHEESE RICE (RC) |

### CRACKERS, TORTILLAS & CEREALS    LIMIT    7

| | |
|---|---|
| $2.30 _____ | SNACK CRACKERS (RC) (LIMIT 2) |
| $2.40 _____ | CHEESE CRACKERS |
| $2.55 _____ | SALTINES (RC) (LIMIT 2) |
| $2.45 _____ | PESOS FLOUR TORTILLAS, 12PK (LIMIT 2) (RC) |
| $4.60 _____ | RAISIN BRAN (LIMIT 1) (RC) |
| $3.10 _____ | CINNAMON TOASTERS (LIMIT 1) (RC) |
| $3.00 _____ | FRUIT LOOPS (LIMIT 1) |
| $2.80 _____ | ROLLED OATS (RC) |
| $4.25 _____ | GRANOLA BLUEBERRY |
| $0.30 _____ | OATMEAL SINGLE PACKS (LIMIT 10) |

### SEASONS, SPREADS & SAUCES    LIMIT    8

| | |
|---|---|
| $3.60 _____ | HONEY sugar free (RC) |
| $1.70 _____ | SWEETMATE BLUE (LIMIT 1) (RC) |
| $2.60 _____ | PEANUT BUTTER, CRUNCHY (LIMIT 2) (RC) |
| $2.60 _____ | PEANUT BUTTER, CREAMY (LIMIT 2) (RC) |
| $2.30 _____ | MAYONNAISE (RC) |
| $3.20 _____ | SQUEEZE CHEESE 14OZ BOTTLE (LIMIT 1) |
| $1.25 _____ | SOY SAUCE (RC) |
| $1.30 _____ | VEGETABLE FLAKES (RC) |
| $1.25 _____ | ADOBO SEASONING (RC) |
| $1.50 _____ | GARLIC POWDER (RC) |
| $1.80 _____ | SALT & PEPPER |
| $1.90 _____ | SAZON W/ GOYA |
| $2.15 _____ | BBQ SAUCE (LIMIT 1) |

### PACKETS    LIMIT    12

| | |
|---|---|
| $0.50 _____ | RANCH PACKETS |
| $0.65 _____ | KETCHUP 12 PK STRIP |
| $0.60 _____ | MUSTARD 12 PK STRIP |
| $1.05 _____ | PICANTE SAUCE 10/PK STRIP (LIMIT 1) |

### MEAT & CHEESE ITEMS    LIMIT    10

| | |
|---|---|
| $1.15 _____ | SMOKED SWISS |
| $1.40 _____ | PROVOLONE CHEESE BAR |
| $2.20 _____ | TURKEY SAUSAGE |
| $2.70 _____ | HALAL SAUSAGE |
| $1.85 _____ | TUNA (halal) |
| $1.35 _____ | TUNA IN SPICY THAI CHILI SAUCE |
| $2.90 _____ | PEPPERONI SLICES BAG |
| $1.40 _____ | MACKEREL |
| $2.90 _____ | SALMON (RC) |
| $1.00 _____ | SARDINES (RC) |
| $2.45 _____ | FULLY COOKED BACON STRIPS |
| $4.95 _____ | BARBACOA |
| $1.60 _____ | BRUSHY CREEK CHILI WITH BEANS |
| $4.20 _____ | SWEET SUE CHICKEN BREAST |
| $1.50 _____ | TURKEY N' SWISS STICK PACK |
| $1.45 _____ | SPAM SINGLES |

### BEANS & HUMMUS    LIMIT    6

| | |
|---|---|
| $1.85 _____ | JALAPENO REFRIED BEANS (RC) |
| $3.75 _____ | HUMMUS (RC) |

### FRUITS & NUTS    LIMIT    6

| | |
|---|---|
| $3.35 _____ | PITTED PRUNES (RC) |
| $3.50 _____ | PITTED DATES |
| $1.80 _____ | OLIVES |
| $0.90 _____ | KOSHER PICKLE (RC) |
| $3.15 _____ | PEANUTS (RC) |
| $0.65 _____ | SUNFLOWER SEEDS 2.5OZ |
| $3.75 _____ | KARS MIXED NUTS 8 OZ. |
| $3.45 _____ | GOODY GOODY TRAIL MIX |

## WRITING & READING MATERIALS

| | |
|---|---|
| $1.25 | ADDRESS BOOK **(LIMIT 1)** |
| $0.45 | FLEX PENS **(LIMIT 2)** |
| $0.20 | ENVELOPE 10" x 13" **(LIMIT 20)** |
| $1.60 | NOTEBOOK 8.5" X 11" **(LIMIT 2)** |
| $1.65 | LEGAL FOLDER VELCRO **(LIMIT 2)** |
| $1.70 | ENVELOPES 50CT **(LIMIT 2)** |
| $0.90 | NOTEPAD 8.5"x 11" **(LIMIT 2)** |

## PERSONAL ACCESSORIES (POSSESSION LIMIT 1 EACH)

| | |
|---|---|
| $1.15 | AIR FRESHENER **(LIMIT 2)** |
| $1.95 | KLEENEX 8 PK |
| $0.80 | BAND AIDS 10 PK. |
| $3.75 | SHAKER BOTTLE/1 QT |
| $0.50 | DRINK TUMBLER |
| $2.45 | COFFEE MUG 22OZ |
| $2.60 | PHOTO ALBUM |
| $4.70 | PHOTO ALBUM INSERTS (LARGE) |
| $0.40 | EAR PLUGS |
| $0.50 | PALM BRUSH |
| $1.50 | SHOELACE 54" |
| $1.30 | HEADPHONE ADAPTER |
| $0.65 | HANDKERCHIEF |
| $7.80 | EYE GLASSES STRAP |
| $2.80 | BICYCLE PLAYING CARDS |
| $5.15 | COMMISSARY BAG |
| $0.50 | GREETING CARDS (LIMIT 10) |
| $3.10 | HEADPHONE EXT CORD |
| $1.80 | CLUB HAIR BRUSH |
| $2.55 | BOWL (3 CUPS/750ML) **(LIMIT 1)** |

## ELECTRONICS

| | |
|---|---|
| $3.25 | VELCRO WATCHBAND |
| $2.60 | CASIO WATCH BATTERY |
| $2.60 | GRT CLEAR WATCH BATTERY |
| $12.30 | GRT SPORT WATCH **(LIMIT 1)** |
| $33.35 | KOSS CL-20 HEADPHONES **(LIMIT 1)** |
| $3.80 | EAR-BUD (stereo headphones) |
| $18.50 | SKULLCANDY EARBUDS |

## OILS

| | |
|---|---|
| $4.95 | FRAGRANCE OIL **(LIMIT 1)** |

## VITAMINS (POSSESSION LIMIT 1 EACH)

| | |
|---|---|
| $4.50 | ADVANCED ULTREX PLUS |
| $4.40 | CALCIUM |
| $3.35 | VITAMIN C |
| $4.30 | VITAMIN D |
| $3.65 | VITAMIN E (400 MG) |

## CLOTHING (POSSESSION LIMITS; SWEATS - 2 SETS; SOCKS - 6 PAIR; GYM SHORTS - 2 PAIR; T-SHIRTS - 6)

| | |
|---|---|
| $17.55 | SWEAT SHIRT:  L, XL, 2XL |
| $23.40 | SWEAT SHIRT:  3XL, 4XL, 5XL, 6XL, 7XL, 8XL |
| $20.80 | SWEAT PANT: L, XL, 2XL, 3XL, 4XL |
| $26.00 | SWEAT PANT:  5XL, 6XL, 7XL, 8XL |
| $11.50 | SHORTS    L, XL, 2XL, 3XL |
| $17.50 | SHORTS   4XL, 5XL |
| $10.15 | THERMAL TOP -   L   or   XL |
| $11.45 | THERMAL TOP - 2XL, 3XL, 4XL |
| $12.75 | THERMAL TOP 5XL, 6XL, 7XL |
| $10.15 | THERMAL BOTTOM -  L   or   XL |
| $11.45 | THERMAL BOTTOM - 2XL, 3XL, 4 XL, |
| $12.75 | THERMAL BOTTOM  5XL, 6XL |
| $1.95 | TUBE SOCKS (WHITE) |
| $11.65 | CREW SOCKS 6 PAIR. |
| $6.50 | ATHL. SUPPORTER-------------- M |
| $6.50 | ATHL. SUPPORTER-------------- L |
| $6.50 | ATHL. SUPPORTER-------------- XL |
| $5.85 | T-SHIRT (1 PK):  L   or   XL |
| $7.05 | T-SHIRT (1PK):  2XL, 3XL |
| $8.95 | T-SHIRT (1PK):  4XL, 5XL |
| $14.30 | T-SHIRT (1PK) 7XL |
| $11.90 | A-SHIRTS (3 PK):  L, XL |
| $14.30 | A-SHIRTS (3 PK):  2XL |
| $15.60 | A-SHIRTS (3PK)   3XL |
| $1.15 | COTTON GLOVES (WHITE) |
| $2.95 | BASEBALL CAP (WHITE) |
| $6.50 | GRAY BEANIE |
| $8.45 | LIFTING GLOVES------- M |
| $14.25 | LIFTING GLOVES   L ,  XL , 2XL |
| $18.85 | HANDBALL GLOVES----- L  or  XL |
| $1.45 | SWEAT BAND (WHITE ONLY) |

## RELIGIOUS ITEMS  - LIMIT 1
**You can only purchase religious items that are in your religion per Religious Services**

| | |
|---|---|
| $14.74 | PRAYER RUG |
| $1.92 | BANDANA AZTEC RED |
| $6.95 | KUFI **(WHITE)** OR **(BLACK)** |
| $7.95 | JUMBO KUFI **(WHITE)** or **(BLACK)** |
| $1.45 | MISWAK STICKS |
| $3.95 | MUSLIM DHIKR PRAYER BEADS |
| $12.96 | ROSEWOOD CROSS |
| $11.95 | RASTA BEANIE |

## J/K UNIT ONLY – LIMIT 1

| | |
|---|---|
| $88.40 | MP3 PLAYER |
| $3.60 | MP3 PLAYER COVER |

## EYEWEAR

| | |
|---|---|
| $25.95 | SUNGLASSES **(Limit 1)** |

## OTC MEDICATIONS   LIMIT 1

| | |
|---|---|
| $2.30 | ACETAMINOPHEN |
| $3.10 | PINK BISMUTH |
| $1.80 | MUSCLE RUB |
| $1.45 | ANESTHETIC ORAL GEL |
| $2.50 | TUMS |
| $2.10 | ARTIFICIAL TEARS EYE DROPS |
| $1.50 | ASPIRIN 325MG |
| $3.80 | HEMORRHOIDAL OINTMENT |
| $1.80 | HYDROCORTISONE CREAM |
| $2.80 | IBUPROFEN TABLETS 200MG |
| $2.60 | MILK OF MAGNESIA |
| $1.95 | LORATADINE ALLERGY TABLETS |
| $1.40 | ALLERGY RELIEF (yellow pills) |
| $6.00 | FIBER CARE PILLS |
| $1.90 | SALINE NASAL SPRAY |
| $1.50 | HALLS COUGH DROPS **(LIMIT 2)** |
| $2.65 | FOOT POWDER (MEDICATED) |
| $3.90 | NAPROXEN (LIKE ALEVE) |
| $2.35 | TRIPLE ANTIBIOTIC OINTMENT |
| $3.45 | ANTACID LIQUID |
| $9.95 | OMEPRAZOLE 20MG |
| $1.40 | CLEAR ZIT (ACNE TREATMENT) |
| $1.80 | TOLNAFTATE CREAM **(LIMIT 2)** |
| $1.50 | CLOTRIMAZOLE CREAM 1% |
| $4.95 | HEARTBURN RELIEF (FAMOTIDINE) |
| $18.25 | NASACORT |
| $2.75 | STOOL SOFTENER |
| $2.80 | COUGH SYRUP |
| $2.60 | CORN PADS |
| $1.25 | BREATHE RIGHT STRIPS |

## HOBBY CRAFT ITEMS

| | |
|---|---|
| $13.40 | TAG BOARD (limit 1) |
| $0.70 | ART GUM ERASER (limit 1) |
| $9.10 | DRAWING BOARD 20"x30" (limit 1) |
| $6.90 | COLORED PENCILS 24pk (limit 1) |
| $8.45 | ART PORTFOLIO (limit 2) |
| $0.80 | EBONY PENCIL (limit 2) |
| $4.25 | CROCHET HOOK 6 Pack (limit 1) |
| $10.25 | Strathmore Bristol 11"x14" drawing pad |

## DRAWING PAPER

| | |
|---|---|
| $3.05 | White (limit 3) |
| $3.25 | Blue (limit 3) |
| $3.05 | Cream (limit 3) |

## YARN (limit 4) prices vary $11.70-$13.00

| | |
|---|---|
| | Kelly Green (light green) |
| | Dark Pink |
| | Country Rose |
| | Forest Green |
| | Rose |
| | Cream |
| | Lavender |
| | Persimmon (orange) |
| | Sunflower (yellow) |
| | Espresso (brown) |
| | White |

## NEW ITEMS (WRITE IN):

_INMATES ARE RESPONSIBLE FOR NOT EXCEEDING POSSESSION LIMITS OF ITEMS SOLD THROUGH THE COMMISSARY._

_ALL PRICES ARE SUBJECT TO CHANGE WITHOUT NOTICE. NO SUBSTITUTIONS WILL BE MADE UNLESS REQUESTED ON SLIP!_

_ALL SALES ARE CONSIDERED FINAL ONCE AN INMATE HAS SIGNED THE SALES RECEIPT AND THE STAFF MEMBER HAS DEPARTED THE CELL FRONT. NO EXCHANGES ARE ALLOWED. ALL PRODUCT WARRANTIES ARE THAT OF THE MANUFACTURER AND ARE NOT OFFERED THROUGH THE COMMISSARY._

_INMATES MUST HAVE AVAILABLE FUNDS ON THEIR ACCOUNT PRIOR TO PLACING THEIR ORDER. IF FUNDS ARE NOT AVAILABLE ON SELLING DAY, THEN THE COMMISSARY LIST CANNOT BE FILLED._

_ALL ITEMS WILL COUNT AGAINST YOUR MONTHLY SPENDING LIMITATION WITH THE EXCEPTION OF STAMPS, VITAMINS, AND OVER-THE-COUNTER MEDICATIONS._

_YOU MAY SUBMIT A REQUEST TO A STAFF MEMBER (COP-OUT) ADDRESSED TO THE COMMISSARY COMMITTEE TO MAKE SUGGESTIONS OR REQUEST CHANGES IN THE COMMISSARY._

_(RC) - ITEMS MARKED WITH (RC) HAVE A RELIGIOUS CERTIFICATION.  PLEASE REVIEW ALL INGREDIENTS TO ENSURE THAT THEY COMPLY WITH YOUR RELIGIOUS DIETARY REQUIREMENTS._

_WATCH THE CLOSED CIRCUIT NETWORK TV FOR INFORMATION ON NEW ITEMS, PRICE CHANGES AND OUT OF STOCK ITEMS._

_THE COMMISSARY WILL ORDINARILY BE CLOSED FOR INVENTORY DURING THE LAST ACCOUNTING WEEK OF EACH QUARTER._

**A. CIOLLI, COMPLEX WARDEN**
**May 6, 2022**