*Law Offices of*
*Mariel Colon Miro, PLLC*
300 Cadman Plaza W 12th floor
Brooklyn, NY 11201
Ph: (917) 743-7071
Email: mcolon@marielcolonmiro.com

May 3, 2023

The Honorable Michael E. Hegarty
U.S. Magistrate Judge
U.S. District Court for the District of Colorado
901 19th Street, Courtroom A-501
Denver, CO 80294

*Re: Guzman Loera v. True et al, 1:21-cv-02794-NYW-MEH*

Your Honor,

I have a court appearance in Puerto Rico on May 11th and another one on May 17th. Is it possible to move this scheduling conference to either May 12th, May 18th or May 19th?

Furthermore, co-counsel, Jodi Morales, Esq., and I would like to request the Court's permission for us to appear virtually.

Thank you for your consideration in the matter.

Respectfully submitted,

*[signature]*

Mariel Colon Miro, Esq.

cc: Clerk of Court (by ECF)
AUSA Thomas Isler, Esq.