IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02794-NYW-MEH

JOAQUIN A. GUZMAN LOERA,

    Plaintiff,

v.

B. TRUE, individually, and in his official capacity as Complex Warden of the United States Penitentiary Florence ADMAX,
HOLBROOKS, individually, and in his official capacity as Prisoner Counselor at United States Penitentiary Florence ADMAX,
MERRICK GARLAND, in his official capacity as Attorney General of the United States,
MICHAEL CARVAJAL, in his official capacity as Director of Bureau of Prisons,
DOES 1–5, individually, and in their official capacities as Medical Staff at United States Penitentiary Florence ADMAX, and
DOES 6–10, individually, and in their official capacities as Educational Staff at United States Penitentiary Florence ADMAX,

    Defendants.

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of this action without prejudice.  Each party will bear its own attorney's fees, costs, and expenses.

Respectfully submitted this 22nd day of June, 2023.

| | |
|---|---|
| *s/ Arturo Hernandez-Melendez* | COLE FINEGAN |
| Arturo Hernandez-Melendez, Esq. | United States Attorney |
| LAW OFFICE OF ARTURO HERNANDEZ | |
| 10050 Machado Ln | *s/ Thomas A. Isler* |
| San Jose, CA 95127 | Thomas A. Isler, Assistant U.S. Attorney |
| Tel.: (408) 729-5785 | 1801 California Street, Suite 1600 |
| Fax: (408) 729-0167 | Denver, Colorado  80202 |
| artlawoff@aol.com | Tel.: (303) 454-0336 |
| | Fax: (303) 454-0411 |
| | thomas.isler@usdoj.gov |
| | *Attorneys for Defendants* |

Mariel A. Colon Miro, Esq.
Law Offices of Mariel Colon Miro, PLLC
300 Cadman Plaza West, 12th Fl.
Brooklyn, NY 11201
Tel.: (917) 743-7071
Mariel.Colon8@gmail.com

Jodi L. Morales, Esq.
The Law Office of Jodi Morales
888 Grand Concourse, Suite 1H
Bronx, NY 10451
Tel.: (646) 582-0400
jodi@jlmoraleslaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on June 22, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties via counsel of record.

                                           *s/ Thomas A. Isler*  
                                           Thomas A. Isler